Official Form 1 (04/10)

| United States Bankruptcy Court<br>*NORTHERN* DISTRICT OF *ILLINOIS* | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Gilbert, Ferrell F.* | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>*Clark-Gilbert, Josephine* |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>*NONE* |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *1059* | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *6014* |
| Street Address of Debtor (No. & Street, City, and State):<br>*1951 205th Street*<br>*Lynwood IL*<br>ZIPCODE *60411-8703* | Street Address of Joint Debtor (No. & Street, City, and State):<br>*1951 205th Street*<br>*Lynwood IL*<br>ZIPCODE *60411-8703* |
| County of Residence or of the Principal Place of Business: *Cook* | County of Residence or of the Principal Place of Business: *Cook* |
| Mailing Address of Debtor (if different from street address):<br>*SAME*<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>*SAME*<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *NOT APPLICABLE* | ZIPCODE |

**Type of Debtor** (Form of organization) (Check **one** box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [ ] Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [ ] Full Filing Fee attached
- [x] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Official Form 1 (04/10)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**FORM B1, Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*Ferrell F. Gilbert and*<br>*Josephine Clark-Gilbert* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X  */s/ Marlin E. Kirby*　　　　　　　　*03/26/2011*<br>　　　Signature of Attorney for Debtor(s)　　　　　　　　Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**Voluntary Petition**

*(This page must be completed and filed in every case)*

Name of Debtor(s):
*Ferrell F. Gilbert and Josephine Clark-Gilbert*

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Ferrell F. Gilbert*
Signature of Debtor

**X** */s/ Josephine Clark-Gilbert*
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

*03/26/2011*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

**X** */s/ Marlin E. Kirby*
Signature of Attorney for Debtor(s)

*Marlin E. Kirby 6203394*
Printed Name of Attorney for Debtor(s)

*Law Office of Marlin E. Kirby*
Firm Name

*675 Lake Street*
Address

*Suite 136*

*Oak Park IL 60301-1473*

*708.848.0510*
Telephone Number

*03/26/2011*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Ferrell F. Gilbert*
*and*
*Josephine Clark-Gilbert*

Debtor(s)

Case No.
Chapter *11*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>People's Energy<br>130 East Randolph<br>Chicago IL   60601 | Phone:<br>People's Energy<br>130 East Randolph<br>Chicago IL   60601 | Utility Bills | | $ 11,982.00 |
| 2<br>Social Security Admin<br>6401 Security Blvd<br>Baltimore MD   21235 | Phone:<br>Social Security Admin<br>6401 Security Blvd<br>Baltimore MD   21235 | Arrearage on Executory Contract | | $ 3,357.00 |
| 3<br>Carmax Auto Finance<br>225 Chastain Meadows Court<br>Kennesaw GA   30144 | Phone:<br>Carmax Auto Finance<br>225 Chastain Meadows Court<br>Kennesaw GA   30144 | Arrearage on Executory Contract | | $ 1,688.00 |
| 4<br>Equable Ascent Financial<br>1120 West Lake Cook<br>Buffalo Grove IL   60089 | Phone:<br>Equable Ascent Financial<br>1120 West Lake Cook<br>Buffalo Grove IL   60089 | Arrearage on Executory Contract | | $ 1,349.00 |
| 5<br>Escallate Lic<br>5200 Stoneham Road<br>North Canton OH   44720 | Phone:<br>Escallate Lic<br>5200 Stoneham Road<br>North Canton OH   44720 | Arrearage on Executory Contract | | $ 825.00 |

Page  1

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>RMI/MCSI<br>3348 Ridge Road<br>Lansing IL  60438 | Phone:<br>RMI/MCSI<br>3348 Ridge Road<br>Lansing IL  60438 | Arrearage on Executory Contract | | $ 750.00 |
| 7<br>RMI/MCSI<br>3348 Ridge Road<br>Lansing IL  60438 | Phone:<br>RMI/MCSI<br>3348 Ridge Road<br>Lansing IL  60438 | Fines/Penalties | | $ 750.00 |
| 8<br>Citi<br>P.O. Box 6241<br>Sioux Falls SD  57117-6241 | Phone:<br>Citi<br>P.O. Box 6241<br>Sioux Falls SD  57117-6241 | Credit Card Purchases | | $ 500.00 |
| 9<br>Collection<br>700 Longwater Drive<br>Norwell MA  02061 | Phone:<br>Collection<br>700 Longwater Drive<br>Norwell MA  02061 | Arrearage on Executory Contract | | $ 425.00 |
| 10<br>ER Solutions<br>P.O. Box 9004<br>Renton WA  98057 | Phone:<br>ER Solutions<br>P.O. Box 9004<br>Renton WA  98057 | Cellular Phone Bills | | $ 263.00 |
| 11<br>Creditors Collection B<br>755 Almar Parkway<br>Bourbonnais IL  60914 | Phone:<br>Creditors Collection B<br>755 Almar Parkway<br>Bourbonnais IL  60914 | Medical Bills | | $ 254.00 |
| 12<br>State Collection Services<br>P.O. Box 6250<br>Madison WI  53701 | Phone:<br>State Collection Services<br>P.O. Box 6250<br>Madison WI  53701 | Medical Bills | | $ 202.00 |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>Oxford Collection Services<br>135 Maxess Road<br>Sute 2A<br>Madison WI   53701 | Phone:<br>Oxford Collection Services<br>135 Maxess Road<br>Sute 2A<br>Madison WI   53701 | Utility Bills | | $ 158.00 |
| 14<br>HSBC Bank<br>P.O. Box 5253<br>Carol Stream IL   60197-5253 | Phone:<br>HSBC Bank<br>P.O. Box 5253<br>Carol Stream IL   60197-5253 | Credit Card Purchases | | $ 95.00 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I, _____ , _____ of the *Individual Debtor* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.


Date: *3/26/2011*          Signature */s/ Ferrell F. Gilbert*
                   Name: *Ferrell F. Gilbert*


Date: *3/26/2011*          Signature */s/ Josephine Clark-Gilbert*
                   Name: *Josephine Clark-Gilbert*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Ferrell F. Gilbert*
*and*
*Josephine Clark-Gilbert*

Case No.
Chapter *11*

_____ / Debtor

Attorney for Debtor:   *Marlin E. Kirby*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case .................................. $ *7,500.00*
   b) Prior to the filing of this statement, debtor(s) have paid ............... $ *0.00*
   c) The unpaid balance due and payable is ........................... $ *7,500.00*

3. $ *250.00* of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *03/26/2011*         Respectfully submitted,

X */s/ Marlin E. Kirby*
Attorney for Petitioner: *Marlin E. Kirby*
*Law Office of Marlin E. Kirby*
*675 Lake Street*
*Suite 136*
*Oak Park IL  60301-1473*
*708.848.0510*
*mkirbyesq1@aol.com*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Ferrell F. Gilbert*  
   *and*  
*Josephine Clark-Gilbert*  
_____ / Debtor

Case No.  
Chapter *11*

Attorney for Debtor: *Marlin E. Kirby*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *03/26/2011*

*/s/ Ferrell F. Gilbert*  
Debtor

*/s/ Josephine Clark-Gilbert*  
Joint Debtor

ASC
8480 Stagecoach Circle
Frederick, MD  21701

BAC Home Loans Servicing, LP
450 American Street
Simi Valley, CA  93065

BAC Home Loans Servicing, LP
P.O. Box 650070
Dallas, TX  75265-0070

Carmax Auto Finance
225 Chastain Meadows Court
Kennesaw, GA  30144

Citi
P.O. Box 6241
Sioux Falls, SD  57117-6241

Collection
700 Longwater Drive
Norwell, MA  02061

Creditors Collection B
755 Almar Parkway
Bourbonnais, IL  60914

Equable Ascent Financial
1120 West Lake Cook
Buffalo Grove, IL  60089

ER Solutions
P.O. Box 9004
Renton, WA  98057

Escallate Lic
5200 Stoneham Road
North Canton, OH  44720

First Nationwide Mortgage
P.O. Box 9438
Gaithersburg, MD  20898

Ferrell F. Gilbert
1951 205th Street
Lynwood, IL  60411-8703

Josephine Clark-Gilbert
1951 205th Street
Lynwood, IL  60411-8703

GMAC Mortgage
3451 Hammond Avenue
Waterloo, IA  50702

HSBC Bank
P.O. Box 5253
Carol Stream, IL  60197-5253

Litton Loan Servicing
4828 Loop Central Drive
Houston, TX   77081

Marlin E. Kirby
675 Lake Street
Suite 136
Oak Park, IL   60301-1473

Oxford Collection Services
135 Maxess Road
Sute 2A
Madison, WI   53701

People's Energy
130 East Randolph
Chicago, IL   60601

RMI/MCSI
3348 Ridge Road
Lansing, IL   60438

Select Portfolio Servicing
P.O. Box 65250
Salt Lake City, UT   84165

Social Security Admin
6401 Security Blvd
Baltimore, MD   21235

State Collection Services
P.O. Box 6250
Madison, WI   53701

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *Ferrell F. Gilbert*  
*and*  
*Josephine Clark-Gilbert*  

Case No.  
Chapter: *11*

_____/Debtor(s)

Attorney For Debtor: *Marlin E. Kirby*

## LIST OF CREDITORS

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 1 | *ASC*<br>*8480 Stagecoach Circle*<br>*Frederick, MD  21701* | *Mortgage* | | *$ 70,484.00* |
| 2 | *BAC Home Loans Servicing, LP*<br>*P.O. Box 650070*<br>*Dallas, TX  75265-0070* | *Mortgage* | | *$ 162,809.00* |
| 3 | *BAC Home Loans Servicing, LP*<br>*450 American Street*<br>*Simi Valley, CA  93065* | *Mortgage* | | *$ 60,543.00* |
| 4 | *Carmax Auto Finance*<br>*225 Chastain Meadows Court*<br>*Kennesaw, GA  30144* | *Arrearage on Executory Contract* | | *$ 1,688.00* |
| 5 | *Citi*<br>*P.O. Box 6241*<br>*Sioux Falls, SD  57117-6241* | *Credit Card Purchases* | | *$ 500.00* |
| 6 | *Collection*<br>*700 Longwater Drive*<br>*Norwell, MA  02061* | *Arrearage on Executory Contract*<br>*RE: Monitronics International* | | *$ 425.00* |
| 7 | *Creditors Collection B*<br>*755 Almar Parkway*<br>*Bourbonnais, IL  60914* | *Medical Bills*<br>*RE: St. James Radiologists* | | *$ 254.00* |
| 8 | *Equable Ascent Financial*<br>*1120 West Lake Cook*<br>*Buffalo Grove, IL  60089* | *Arrearage on Executory Contract* | | *$ 1,349.00* |

# LIST OF CREDITORS

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|---|
| 9 | ER Solutions<br>P.O. Box 9004<br>Renton, WA  98057 | Cellular Phone Bills<br>RE: Sprint | | $ 263.00 |
| 10 | Escallate Lic<br>5200 Stoneham Road<br>North Canton, OH  44720 | Arrearage on Executory Contract<br>Re: Emergency Care Health Org. | | $ 825.00 |
| 11 | First Nationwide Mortgage<br>P.O. Box 9438<br>Gaithersburg, MD  20898 | Mortgage | | $ 100,059.00 |
| 12 | GMAC Mortgage<br>3451 Hammond Avenue<br>Waterloo, IA  50702 | Mortgage | | $ 236,697.00 |
| 13 | GMAC Mortgage<br>3451 Hammond Avenue<br>Waterloo, IA  50702 | Mortgage | | $ 80,352.00 |
| 14 | HSBC Bank<br>P.O. Box 5253<br>Carol Stream, IL  60197-5253 | Credit Card Purchases | | $ 95.00 |
| 15 | Litton Loan Servicing<br>4828 Loop Central Drive<br>Houston, TX  77081 | Mortgage | | $ 53,052.00 |
| 16 | Oxford Collection Services<br>135 Maxess Road<br>Sute 2A<br>Madison, WI  53701 | Utility Bills<br>RE: DIRECTV | | $ 158.00 |
| 17 | People's Energy<br>130 East Randolph<br>Chicago, IL  60601 | Utility Bills | | $ 11,982.00 |
| 18 | RMI/MCSI<br>3348 Ridge Road<br>Lansing, IL  60438 | Fines/Penalties<br>RE: City of Calumet City | | $ 750.00 |
| 19 | RMI/MCSI<br>3348 Ridge Road<br>Lansing, IL  60438 | Arrearage on Executory Contract | | $ 750.00 |

**LIST OF CREDITORS**

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|---|
| 20 | Select Portfolio Servicing<br>P.O. Box 65250<br>Salt Lake City, UT  84165 | Mortgage | | $ 135,443.00 |
| 21 | Social Security Admin<br>6401 Security Blvd<br>Baltimore, MD  21235 | Arrearage on Executory Contract | | $ 3,357.00 |
| 22 | State Collection Services<br>P.O. Box 6250<br>Madison, WI  53701 | Medical Bills<br>RE: ACL Laboratories | | $ 202.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |